# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| DAVID GUTIERREZ, | § | |
| | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:21-cv-00258 |
| | § | JURY TRIAL DEMANDED |
| JOHN DOE and LOWE'S HOME CENTERS, LLC a/k/a LOWES HOME CENTERS INC, | § § § | |
| | § | |
|    *Defendants*. | § | |

## DEFENDANT LOWE'S HOME CENTERS, LLC A/K/A LOWES HOME CENTERS INC'S
*(incorrectly named)*
## DISCLOSURE STATEMENT

LOWE'S HOME CENTERS, LLC A/K/A LOWES HOME CENTERS INC *(incorrectly named)*, files this Disclosure Statement pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1 and states the following:

LOWE'S HOME CENTERS, LLC, is a wholly owned subsidiary of Lowe's Companies, Inc., a publicly traded North Carolina corporation. Lowe's Home Centers, Inc. is a non-existent legal entity.

Respectfully submitted,

**MAYER LLP**
750 North Saint Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900

By: */s/ Robin R. Gant*
    Robin R. Gant
    State Bar No. 24069754
    E-Mail: rgant@mayerllp.com
    Zach T. Mayer
    State Bar No. 24013118
    E-Mail: zmayer@mayerllp.com
    Steve Barnett
    (*Western District Admission Pending*)
    State Bar No. 24091211
    E-Mail: sbarnett@mayerllp.com

**ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS LLC A/K/A
LOWES HOME CENTERS INC.**
*(incorrectly named)*

# CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on October 14, 2021, the foregoing *Disclosure Statement* was electronically filed, as required by the United States District Court for the Western District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Western District of Texas:

| | |
|---|---|
| JonCarlo Serna<br>Cesar Ornelas<br>CESAR ORNELAS LAW, PLLC<br>6243 IH-10 West, Suite 808<br>San Antonio, Texas 78201<br><br>*Attorneys for Plaintiff* | ☒E-Mail(jcserna@oinjurylaw.com; cesar@oinjurylaw.com)<br>☐Hand Delivery<br>☐Facsimile<br>☐Overnight Mail<br>☐Regular, First Class Mail<br>☐CM/ECF<br>☐Certified Mail/Return Receipt Requested |

                                       /s/ *Robin R. Gant*
                                        Robin R. Gant